# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard Willmar Rapatt

          Petitioner,

v.

Glenn Whiteford

          Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-42 ECT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Objections to the Report and Recommendation [ECF No. 13] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 12] is **ACCEPTED** in full;

3. The Amended Petition [ECF No. 9] is **DENIED**; and

4. A certificate of appealability shall **NOT BE GRANTED**.

Date: 9/5/2019

KATE M. FOGARTY, CLERK

s/Meghan Brigan
(By) Meghan Brigan, Deputy Clerk